UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER ROSS WESTFALL,<br><br>                 Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                 Respondent. | CASE NO. C19-5819 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus, Dkt. 9, is **DISMISSED without prejudice**;

(3)     A certificate of appealability is **DENIED**; and

(4)     The Clerk shall close this case.

Dated this 27th day of January, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER